# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

## ALTERNATIVE DISPUTE RESOLUTION SUMMARY

1. Style of case: **Sanders, Luther, et al. vs. Latshaw Drilling Company, LLC**

2. Civil action number: **3:16-cv-01093-S**

3. Nature of the suit: **employment**

4. Method of ADR used: **mediation**

5. Date ADR session was held: **September 12, 2019**

6. Outcome of ADR *(Select one)*:

   ☐ Parties did not use my services.  ☐ Settled, in part, as a result of ADR

   ☒ Settled as a result of ADR.  ☐ Parties were unable to reach settlement

7. What was your TOTAL fee: **$3,710.00**

8. Duration of ADR: **four (4) hours**  (i.e., one day, two hours)

9. Please list persons in attendance (including party association, defendant, plaintiff). Please provide the names, address and telephone number of counsel on the reverse of this form.

   **Please see attached**

10. Provider information:

    Cecilia H. Morgan
    8401 North Central Expressway Suite 610
    Dallas, TX  75225
    214-744-5267

    *[Signature]*  9/13/19
    Signature  Date

## Alternative Dispute Resolution Summary
*Continued*

Please provide the names, addresses and telephone numbers of counsel:

David I. Moulton Esq.  
Richard ("Rex") J. Burch Esq.  
Bruckner Burch, PLLC  
8 Greenway Plaza  
Suite 1500  
Houston, TX   77046  
Tel: 713-877-8788  

Allen L. Hutson Esq.  
Crowe & Dunlevy  
324 N. Robinson Ave.  
Suite 100  
Oklahoma City, OK   73102  
Tel: 405-234-3206  

Trent Latshaw with Defendant  
Mark Cochran with Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of September, 2019, I electronically submitted the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Texas.

*Judy Stephenson*
Judy Stephenson, Case Manager