UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| LUTHER SANDERS and RANDY BEST, ) | |
| ) | Case No. 3:16-cv-01093-S |
| Plaintiffs, ) | Judge Karen Gren Scholer |
| ) | |
| v. ) | |
| ) | |
| LATSHAW DRILLING COMPANY, LLC, ) | |
| ) | |
| Defendant. ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs Luther Sanders ("Sanders") and Randy Best ("Best") and Defendant Latshaw Drilling Company, LLC, ("Latshaw Drilling" and collectively with Sanders and Best as the "Parties") stipulate that the above-styled and numbered action shall be, and hereby is, dismissed in its entirety with prejudice. The Parties shall be solely responsible for their own attorney's fees, costs and expenses.

Dated this 30th day of September, 2019.

Respectfully submitted,

*s/ David I. Moulton*
Richard J. (Rex) Burch
Texas Bar No. 24001807
David I. Moulton, Trial Attorney
Texas Bar No. 24051093
Bruckner Burch pllc
8 Greenway Plaza, Suite 1500
Houston, Texas 77046
Telephone:    (713) 877-8788
Telecopier:    (713) 877-8065
rburch@brucknerburch.com
dmoulton@brucknerburch.com

**ATTORNEYS FOR PLAINTIFFS**

-and-

*s/ Allen L. Hutson by permission*
Allen L. Hutson, *PHV*, OBA# 30118
CROWE & DUNLEVY, P.C.
324 N. Robinson Ave., Suite 100
Oklahoma City, Oklahoma 73102
Telephone: 405-235-7700
Facsimile: 405-239-6651
Email: allen.hutson@crowedunlevy.com

-and-

Madalene A.B. Witterholt,
TX Bar# 24108521 / OBA# 10528
CROWE & DUNLEVY, P.C.
321 S. Boston Ave., Suite #500
Tulsa, Oklahoma 74103
Telephone: 918-592-9809
Facsimile:  918-599-6325
Email: m.witterholt@crowedunlevy.com

**ATTORNEYS FOR DEFENDANT,
LATSHAW DRILLING COMPANY**